# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN THE MATTER OF**                                **DISCIPLINARY CASE**

**DONNA U. GRODNER**                                **NO. 14-2038**
**ATTORNEY-RESPONDENT**

**LOUISIANA BAR ROLL NO. 20840**

By majority vote of the Judges of the Court,

The Court adopts the recommendation of the Lawyer Disciplinary Committee and imposes discipline on Donna U. Grodner.

Accordingly,

IT IS ORDERED that Attorney-Respondent Donna U. Grodner, Louisiana Bar Roll Number 20840, is hereby suspended from the practice of law before the United States District Court in the Eastern District of Louisiana for a period of sixty days, retroactive to the date imposed in the discipline order of the Middle District of Louisiana Court.

IT IS FURTHER ORDERED that this order is hereby unsealed in accordance with Rule 10.2 of the Rules of Lawyer Disciplinary Enforcement.

New Orleans, Louisiana, this __25th__ day of __November__, 2014.

_____
SARAH S. VANCE
CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA